**SUMMERS & SCHNEIDER**
ATTORNEYS AT LAW

April 10, 2012

**Via ECF**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   United States v. Son Ngoc Nguyen, S3 11 Cr. 161

Dear Judge Rakoff:

    We represent Sonny N. Nguyen in the above captioned matter.  This letter is an addendum to the Sentencing Memorandum filed by Mr. Nguyen on April 5, 2012 in anticipation of his sentencing currently scheduled for April 12, 2012.  Please find attached four additional letters, marked as Exhs. E-H, on behalf of Mr. Nguyen.

    I am available should the Court have any comments, questions or concerns.

Very Truly Yours,

/s/ Douglas M. Schneider
Douglas M. Schneider, Esq. (DS 7206)
Counsel for Son N. Nguyen

cc:  Avi Weitzman, Esq.
    Counsel for the United States

147 Prince Street, Brooklyn, NY 11201  P 917.512.6633 / F 646.490.2175
555 5th Avenue, 14th Floor, New York, NY 10017  P 212.918.0690 / F 646.490.2175
WWW.SUMMERSANDSCHNEIDER.COM